PAUL HORGAN
Attorney at Law
State Bar No. 48028
800 Wilshire Boulevard, Suite 1510
Los Angeles, California  90017
Telephone:  (213) 622-2717
Facsimile:  (213) 622-0445
Email:  phorgan@sbcglobal.net

Attorney for Defendant
TERRAL TOOLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.:  CR 08-00746-JFW |
|---|---|---|
| Plaintiff, | ) | DEFENDANT TERRAL TOOLE'S SENTENCING POSITION |
| v. | ) | |
| TERRAL TOOLE, | ) | Date: March 24, 2010<br>Time: 1:30 p.m. |
| Defendant. | ) | |

**I.**

**PREFACE**

The government and defendant, through their respective counsel, have met and conferred relative to the issue of loss discussed in the parties' previous papers. Agreement has not been reached in this regard. As such, defendant Terral Toole sets forth the following relative to his sentencing.

**II.**

**DEFENDANT'S LOSS CALCULATION**

The following are the bases of defendant's loss calculations and the overall loss figure.

//

1

**Count Two** (See Exhibit A)
    Date:  September 12, 2006
    Property:  22361 Loch Lomand, Canyon Lake, California
    Amount Loaned:  $575,000.00
        First Trust Deed:   $460,000.00
        Second Trust Deed:  $115,000.00
    Lender:  Indymac Bank
    Seller:  Sarah Vasquez
    Buyer:  Deutsche Bank National Trust Co.
    Sales Status:  Property sold per Trustee's Deed on October 3, 2007, for $405,000.00
    Loss:  $575,000.00 - $405,000.00 = $170,000.00

**Count Three** (See Exhibit B)
    Date:  January 4,2007
    Property:  1269 Sonora Street, San Bernardino
    Amount Loaned:  $340,000.00
        First Trust Deed:   $272,000.00
        Second Trust Deed:  $ 68,000.00
    Lender:  America's Wholesale Lender
    Seller:  Jesus Quijada
    Buyer:  The Bank of New York
    Sales Status:  Property sold per Trustee's Deed on December 6, 2007, for $294,509.00.
    Loss:  $340,000.00 - $294,509.00 = $45,491.00

**Count Four** (See Exhibit C)
    Date:  February 1,2007
    Property:  1 Plaza Avila, Lake Elsinore, California
    Amount Loaned:  $575,000.00

2

|   |   |
|---|---|
| 1 |     First Trust Deed:   $460,000.00 |
| 2 |     Second Trust Deed:  $115,000.00 |
| 3 | Lender:  Bottomline Mortgage |
| 4 | Seller:  Daryl Highsmith |
| 5 | Buyer:  Citibank NA |
| 6 | Sales Status:  Property sold per Trustee's Deed on March 17, |
| 7 | 2008, for $500,436.00. |
| 8 | Loss:  $575,000.00 - $500,436.00 = $75,564.00 |

The figures herein, provided by Lender Processing Services Company, are in dispute. However, the undersigned does not believe the dispute is based upon the numbers themselves; instead, the dispute seems to be based upon when the figures were determined -- *i.e.*, at foreclosure or at subsequent sale.

Loss total pursuant to the above figures:  $291,055.00

Loss total pursuant to PSR 2/5/209:  $234,498.00

### III.

### DEFENDANT'S SENTENCING POSITION

The undersigned does not have authority to state defendant's sentencing position. However, defendant wishes to emphasize his background, as addressed in papers previously filed, defendant's medical issues, and the sentences imposed in related cases when the Court imposes its sentence.

                                                      Respectfully submitted,

Dated:  March 19, 2010                /S/
                                          PAUL HORGAN
                                          Attorney for Defendant
                                          TERRAL TOOLE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 Wilshire Boulevard, Suite 1510, Los Angeles, California 90017.

On March 19, 2010, I served the foregoing document described as **Defendant Terral Toole's Supplement to Response to Presentence Report; Exhibits** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Eunice Habig, USPO
United States Probation Office
600 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

**XXX** **BY MAIL:** By placing true copies thereof in sealed envelopes addressed to the parties listed above and depositing the envelopes in the mail with postage thereon fully prepaid at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2010, at Los Angeles, California.

/S/
STACI J. MOMII

4