ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEPHANIE YONEKURA McCAFFREY
Executive Assistant United States Attorney
(Cal. State Bar # 187131)
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-1092
     Facsimile:  (213) 894-1634
     Email: Stephanie.Yonekura-McCaffrey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-746(A)-JFW |
| Plaintiff, | <u>GOVERNMENT'S POSITION RE: RESTITUTION</u> |
| v. | Sentencing Date: March 22, 2010 |
| TERRAL TOOLE, | Sentencing Time: 9:00 a.m. |
| Defendant. | Courtroom of the Honorable John F. Walter |

As directed by the Court, the United States of America, by and through its counsel of record, the United States Attorney's Office, hereby submits its Position Re Restitution. The total restitution award is $291,055 based on the following calculations:

| COUNT | VICTIM | ADDRESS | RESTITUTION AMOUNT |
|---|---|---|---|
| ONE | N/A | | |
| TWO | One West Bank | 888 East Walnut Street Pasadena, CA 91101 T: (626) 535-8092 | $170,000 |


| | | | |
|---|---|---|---|
| THREE | Countrywide Home Loans | 4500 Park Granada<br>Calabasas, CA 91302<br>T: (818) 225-3000 | $45,491 |
| FOUR | EMC Mortgage/<br>JP Morgan Chase Bank | 7610 West Washington St.<br>IN 1-4054<br>Indianapolis, IN 46231<br>T: (317) 757-7422 | $75,564 |
| TOTAL | | | $291,055 |

DATED: March 19, 2010

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
STEPHANIE YONEKURA McCAFFREY
Executive Assistant United States Attorney

 Attorneys for the
 United States of America